# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **AT CHANDEE,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, IN HER CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN OF THE ERO EL PASO EAST MONTANA,**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00336-LS** |

**ORDER FOR RESPONDENTS TO RESPOND TO PETITIONER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Respondents are ordered to file a response to Petitioner's Second Amended Petition for Writ of Habeas Corpus on or before **November 25, 2026.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**